NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HTC CORPORATION, HTC AMERICA, INC.,**
*Appellants*

**v.**

**INVT SPE LLC,**
*Appellee*

_____

2020-1790, 2020-1791

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01555, IPR2018-01581.

_____

**JUDGMENT**

_____

DARREN MATTHEW FRANKLIN, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for appellants. Also represented by MARTIN BADER, STEPHEN S. KORNICZKY, ERICKA SCHULZ, San Diego, CA.

CYRUS ALCORN MORTON, Robins Kaplan LLP, Minneapolis, MN, argued for appellee. Also represented by JOHN K. HARTING, BRENDA L. JOLY, CHRISTOPHER SEIDL; LI ZHU, Berkeley, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>November 15, 2021</u>          /s/ Peter R. Marksteiner
            Date                      Peter R. Marksteiner
                                      Clerk of Court